SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI COHORN  Bar No. 249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company;
Kaiser Permanente Flexible Benefits Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINETTA DANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>    Defendants. | CASE NO. 2:08-CV-01911 FCD DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(A)(1)]** |

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, either through their designated counsel or in pro per, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear its own costs and attorneys' fees.

The parties further stipulate and agree that this Stipulation of Dismissal With Prejudice may be executed in counterparts.

///

///

///

///

1    IT IS SO AGREED AND STIPULATED.

2  DATED: October 29, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari Cohorn
    Attorneys for Defendants
    Metropolitan Life Insurance Company; Kaiser
    Permanente Flexible Benefits Plan

DATED: October 29, 2009    SHERNOFF BIDART DARRAS & ECHEVERRIA, LLP

By: /s/ Frank N. Darras (as authorized 10/29/09)
    Frank N. Darras
    Attorneys for Plaintiff
    Linetta Daniel

**IT IS HEREBY ORDERED.**

Dated: October 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE